Chang's remaining contentions are unpersuasive.

**AFFIRMED.**

Gerard **CHANG**, Plaintiff–Appellant,

v.

**GREATER BAY BANCORP; et al., Defendants–Appellees.**

No. 07–15641.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2008.*

Filed Nov. 25, 2008.

Gerard Chang, San Francisco, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Patricia Kruse Gillette, Michelle Rojas, Heller Ehrman LLP, San Francisco, CA, for Defendants–Appellees.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

MEMORANDUM **

Gerard Chang appeals pro se from the district court's summary judgment for his former employer and colleagues in his action raising claims under 42 U.S.C. § 1981 and other federal statutes. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Sengupta v. Morrison–Knudsen Co., Inc.,* 804 F.2d 1072, 1074 (9th Cir.1986), and affirm.

Contrary to Chang's contention, the district court's summary judgment did not violate his right to a jury trial. *See id.* at 1077 n. 3 ("The Constitution only requires that bona fide fact questions be submitted to a jury."); *In re Slatkin,* 525 F.3d 805, 811 (9th Cir.2008) ("As the Supreme Court held, over one hundred years ago, a summary judgment proceeding does not deprive the losing party of its Seventh Amendment right to a jury trial.").

Chang's remaining contentions are unavailing.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.